IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10006-STA |
| QUELO HOGUE, ) | |
| Defendant. ) | |

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

This cause came to be heard on July 18, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Quelo Hogue, appearing in person, and with counsel, Christina Wimbley.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 7, 2017 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of July, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT